THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brentley Allen Blalock,       
Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT
OF APPEALS

Appeal From Spartanburg County
Donald W. Beatty, Circuit Court Judge

Memorandum Opinion No. 2005-MO-022
Heard May 5, 2005  Filed May 31, 2005

DISMISSED AS IMPROVIDENTLY
GRANTED

 
 
 
Jack B. Swerling, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia, and Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: We granted a writ of certiorari to review State v. Blalock, 357 S.C. 74, 591 S.E.2d 632 (Ct. App. 2003).  After careful review of the appendix and briefs, we dismiss the writ of certiorari as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.  
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.